IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIU DUAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. 06-1351 |
| v. | ) | |
| | ) | HON. DONETTA W. AMBROSE |
| DEBRA ZAMBERRY, et al., | ) | CHIEF U.S. DISTRICT JUDGE |
| | ) | |
| Defendants. | ) | ELECTRONICALLY FILED |

**ORDER**

AND NOW, this 14th day of May, 2007, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice. This case is now **CLOSED**.

BY THE COURT:

_Donetta W. Ambrose_
UNITED STATES DISTRICT JUDGE

cc: All Parties